UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARY KATZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO. 1:12-CV-1836-SCJ |
| | ) |
| DUSTIN ASHBY and JESSE JAMES HERRON, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Cary Katz, Plaintiff in the above-styled action, and Dustin Ashby and Jesse James Herron, Defendants in the above-styled action, hereby file, through their respective attorneys, this Stipulation of Dismissal in order to dismiss *with prejudice* this action, with each party to bear his respective costs and attorneys' fees.[1]

This 13th day of July, 2012.

| | |
|---|---|
| **/s/ Timothy M. Bosslet** | **/s/ Katrina Y. Morgan** |
| Timothy M. Bosslet | Katrina Y. Morgan |
| David L. Smith | HESSE MARTONE, P.C. |
| KRAMER & FRANK, P.C. | Suite 200 |
| 9300 Dielman Ind. Dr., Suite 100 | 1650 Des Peres Road |
| St. Louis, MO 63132 | St. Louis, MO 63131 |
| (314) 754-6113 | (314) 446-0750 |
| *Attorneys for Plaintiff Katz* | *Attorneys for Defendant Ashby* |

---

[1] The attorneys for Plaintiff and Defendant Ashby, Timothy M. Bosslet and Katrina Y. Morgan, respectively, appeared in this action when it was in the United States District Court for the Eastern District of Missouri, Civil Action No.: 4:11-cv-01931-TIA, and thus are still attorneys of record.

1

2

/s/ **James D. Blitch IV**
James D. Blitch IV
Georgia Bar No. 063405
BEAL & BLITCH, LLP
1100 Peachtree Street, Suite 640
Atlanta, Georgia 30309
(404) 974-3499 (phone)

*Attorneys for Defendant Herron*

## CERTIFICATE OF SERVICE

The undersigned herby certifies that, on the 13th day of July 2012, a true and correct copy of **Stipulation of Dismissal** was filed electronically with the United States District Court for the Northern District of Georgia and a copy was placed in the U.S. Mail postage prepaid to the following attorneys:

Timothy M. Bosslet
David L. Smith
KRAMER & FRANK, P.C.
9300 Dielman Ind. Dr.
Suite 100
St. Louis, MO  63132

Katrina Y. Morgan
HESSE MARTONE, P.C.
Suite 200
1650 Des Peres Road
St. Louis, MO  63131

/s/ **James D. Blitch IV**
James D. Blitch IV

3